AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

JOHN SALVAGNE, et al.,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

FAIRFIELD FORD, INC.,

Case Number: 1:09-cv-00324

    Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...The Court AWARDS Plaintiffs $33,292.15 in statutory damages. In addition, the Court APPROVES the award of $750.00 to Named Plaintiffs, to be taken from the class award. Further, the Court GRANTS Plaintiffs' counsels' motion for attorneys' fees (doc. 109), but awards a total of $75,000 in attorneys' fees, which is an amount less than what Plaintiffs' counsel has requested. Costs and expenses are awarded in full, in the amount of $11,466.36.

| | |
|---|---|
| 9/21/2011 | JAMES BONINI, CLERK |
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |